Exhibit

9

**EXPERT REPORT OF José A. Peñagarícano, M.D.**

*Gregory v. Novartis*

## Background & Qualifications

I am currently a Professor of Radiation Oncology at the University of Arkansas for Medical Sciences College of Medicine. I have been board-certified in Radiation Oncology by the American Board of Radiology-Radiation Oncology since 1997. I am a member of the American Society for Therapeutic Radiology and Oncology (ASTRO).

I graduated from Georgetown University in 1988 with a Bachelors of Science in Mathematics. I returned to my native Puerto Rico to continue my education at Universidad Central del Caribe School of Medicine and received my medical degree in 1992. I completed my residency in Internal Medicine at Cabrini Medical Center, New York Medical College in 1993. My residency in Radiation Oncology at Beth Israel Medical Center in New York began in 1993 where I became Chief Resident. I completed the residency program in 1996. I practiced radiation oncology in Miami, Florida from 1996 through 2000 and have since been a practicing radiation oncologist in Little Rock, Arkansas. I was appointed to the Clinical Faculty as an Assistant Professor in Radiation Oncology at the University of Arkansas for Medical Sciences College of Medicine in 2000. I have been promoted several times and am currently a full Professor of Radiation Oncology, with tenure. I see and treat radiation oncology patients, like Mrs. Gregory, every day. My clinical practice is focused on pediatric, gastrointestinal and head and neck malignancies. I daily treat patients with head and neck infections, jaw problems, complications of cancer therapy, and malignancy.

I have published extensively in the area of radiation oncology, and particularly in the area of head and neck radiation, including a pending publication in the Journal of Otolarygology Head and Neck Surgery entitled "Functional Outcomes of Chemoradiation in Patients with Head and Neck Cancer." In 2003, I received the Eastern Cooperative Oncology Group's Young Investigator's Travel Grant, which enabled me to present my biological modeling in radiation oncology treatment planning research at the Group's annual meeting. I also own a patent for a dynamic treatment simulation system for Intensity Modulated Radiation Therapy ("IMRT") and conventional external beam radiation therapy. My full curriculum vitae is attached as Attachment A.

I am compensated in this matter at a rate of $500 an hour for review of records and meetings with attorneys, depositions, and trial testimony. I am also being reimbursed for actual expenses, such as travel. I have never testified as an expert.

## IMRT Therapy

Intensity-modulated radiation therapy (IMRT) is an extension of 3D conformal radiotherapy where computers control the dose deposition to tumors using a linear

1

accelerator. In the era before IMRT, the normal structures surrounding the tumor limited the dose of radiation that could be delivered to it. With IMRT the conformality (how well the dose conforms to the 3D shape of the tumor) of the dose is further enhanced and simultaneously allows higher doses of radiation to the tumor and decreases dose to normal tissues. To achieve this, multiple beams of radiation are defined surrounding the tumor each with its own modulation or control of the radiation dose. The result is that the dose within the tumor is in-homogeneous, that is, portions of the tumor may receive doses that may be higher or vary from the prescribed dose. The sum of all of the defined beams shows the obtained dose distribution conforming to the tumor.

The side effects of IMRT are similar to those of 3D conformal radiation therapy. However, since IMRT has the potential of delivering less dose to normal structures adjacent to the tumor the probability of a side effect occurring is less.

*Mrs. Gregory's Case*

Mrs. Gregory had a history of ovarian cancer, obesity, and colectomy for colon obstruction.  On August 31, 2005 she was referred by Dr. Cloutiere (her primary care physician) to Dr.Sronach (an otolaryngologist) who discovered a palatal mass.  Mrs. Gregory reported it had been present and slowly growing for approximately 5 years.  On September 27, 2005 an excisional biopsy revealed a low to intermediate grade mucoepidermoid carcinoma, arising from a minor salivary gland.  On November 8, 2005 Mrs. Gregory underwent a secondary excision of the residual lesion, which showed evidence of residual tumor and perineural infiltration and a close deep margin.  These pathology findings indicated a need for radiation therapy.

On November 22, 2005, the patient saw Dr. Lee Franklin for a radiation therapy consult.  According to his record, Dr. Franklin had an extensive discussion with the patient and her husband of the risks of radiation therapy, during which the "side effects were stressed," as well as the "importance of dental care."  At that time, the risk of osteoradionecrosis of the jaw ("ORN") was well known and described in multiple reports and studies in the published literature.  In fact, by 2005 it was the standard of care among radiation oncologists to inform patients of the risk of bone necrosis following such radiation therapy to the head and neck area.

Mrs. Gregory's recommended radiation threapy was delayed due to protracted yet necessary pre-radiation dental care.  According to the record, the patient's dentition was in such poor condition that she required multiple dental extractions in part because more conservative dental procedures would have been insufficient.  On February 7, 2006 Dr. Wilson performed multiple extractions.  According to Dr. Wilson, the teeth he

extracted were in such poor condition and non-restorable that he had no choice but to extract them.

In April 2006 a bone scan and a PET scan ruled out distant metastases, but showed bilateral activity in portions of the upper and lower jaw thought to be related to dental disease. This was before Mrs. Gregory received a single dose of bisphosphonates. On April 25, 2006 Dr. Beatrous, a radiation oncologist, recommended radiation therapy with sensitizing chemotherapy. Dr. Beatrous concluded that Mrs. Gregory's dentition was not to be viable and required the extraction of her remaining teeth before initiation radiation therapy. Mrs. Gregory returned to her oral surgeon on May 4, 2006 for the extractions of her remaining teeth.

The patient then began radiation therapy and received 6460 cGy between 5/18/2006-7/28/06. She received concurrent carboplatin and taxol as radiation sensitizers during treatment, which increased the intensity and effects of the radiation on the tissues and bone it infiltrated. She was also given Zometa during her chemotherapy. She signed an informed consent for all of her infused medications and radiation therapy acknowledging her understanding and acceptance of all known risks of those therapies. At that time, ONJ was a well-known and disclosed risk of radiation to the head, neck, and jaw.

Following her IMRT therapy, Mrs. Gregory's physicians followed her palatal cancer. Surveillance CT scans on 4/27/2006, 8/30/2007, and 1/17/2008 were all negative, meaning there was no radiographic evidence of disease. On 2/05/2009 there was development of cervical lymphadenopathy on CT neck but this proved to be benign. Surveillance PET/CT scans were done on 4/20/2006 (dental uptake was noted), 8/31/2007, 1/17/2008, and 3/17/2009, all of which were negative.

Mrs. Gregory was diagnosed with ORN on July 3, 2007 when she was seen at a wound center for her intra oral exposed jaw bone. The chart reflects she was given antibiotics and hyperbaric oxygen which improved her areas of exposed jaw bone. There are no records of dental or open surgical procedures being done to treat the exposed jaw bone. Another HBO treatment was repeated 1 year later. On August 28, 2007 Dr. Faulkner described the patient's condition as osteoradionecrosis.

Dr. Wilson reported seeing Ms. Gregory back at his office on March 11, 2008 for a 3x2 mm exposure of left upper quadrant alveolus. She was prescribed oral rinses, topical xylocaine, and oral penicillin. A July 19, 2010 CT of her mandible was normal, with no mention of ONJ or ORN. On July 21, 2010 Dr. Stronach noted xerostomia,

another known complication of radiation to the jaw, and no evidence of osteonecrosis. Dr. Stronach opined that Ms. Gregory's symptoms at that time arose from her xerostomia. I have seen no records indicating any current ONJ or necrotic bone symptoms in Mrs. Gregory.

*Conclusions*

Due to her palatal cancer, Mrs. Gregory received an adequate and standard dose of IMRT therapy. This IMRT therapy eradicated her palatal cancer to the point that she has no current evidence of remaining disease. IMRT was the best treatment option for Mrs. Gregory's palatal cancer, and was life-saving in her case as it eradicated her cancer. Therefore, the benefits of IMRT far outweighed any risks of ONJ in Mrs. Gregory's case. She also developed some evidence of exposed bone in her jaw subsequent to her radiation therapy. This osteonecrosis of the jaw is a known risk of IMRT. Records indicate she was informed of the risks of IMRT before undergoing treatment. She also received bisphosphonate therapy concurrent with her radiation and chemotherapy regimen, for which records indicate that she was also informed of the risks and gave informed consent.

It is not only impossible to conclude that her jaw condition was caused by bisphosphonates, but I believe that the evidence shows that it was most likely caused by her radiation exposure rather than bisphosphonates. This is because her exposed bone was treated and cured by the standard treatment modality for osteoradionecrosis, *i.e.*, hyperbaric oxygen treatment and antibiotics. She currently has no recorded symptoms of ONJ, and is cancer free. Therefore, in my opinion, the IMRT therapy worked exactly as expected, and its benefits outweighed its risks even knowing that it most likely caused her to develop osteoradionecrosis. I hold all of these opinions to a reasonable degree of medical certainty.

José A. Peñagaricano, M.D.
November 2, 20012

4

# Attachment A

*José A. Peñagarícano, M.D.*
Division of Radiation Oncology
University of Arkansas for Medical Sciences College of Medicine
4301 W. Markham –Slot 771
Little Rock, Arkansas  72205
Phone: (501) 686-7100
Fax:    (501) 686-7285
E-mail: PenagaricanoJoseA@uams.edu

**EMPLOYMENT**:

| | |
|---|---|
| 7/12-present | University of Arkansas for Medical Sciences College of Medicine<br>Department of Radiation Oncology<br>Professor with Tenure<br>Little Rock, Arkansas |
| 7/06-6/12 | University of Arkansas for Medical Sciences College of Medicine<br>Department of Radiation Oncology<br>Associate Professor with Tenure<br>Little Rock, Arkansas |
| 12/00-6/06 | University of Arkansas for Medical Sciences College of Medicine<br>Department of Radiation Oncology<br>Assistant Professor<br>Little Rock, Arkansas |
| 9/99-11/00 | Response Oncology<br>Radiation Oncologist.<br>South Miami Hospital, Department of Radiation Oncology.<br>Miami, Florida. |
| 7/96-9/99 | Oncology & Radiation Associates, P.A.<br>Radiation Oncologist.<br>Cedars Medical Center, Department of Radiation Oncology.<br>Miami, Florida. |
| 3/99-10/99 | Voluntary Assistant Professor of Radiation Oncology.<br>University of Miami, School of Medicine.<br>Miami, Florida. |

**EDUCATION**:

1/96-3/96      Pediatric Radiation Oncology Externship.
University of Pennsylvania Hospital.
Children's Hospital of Philadelphia.

7/93-6/96      Resident in Radiation Oncology.
Beth Israel Medical Center.
New York, New York.

## EDUCATION

1/95-6/96      Chief Resident.
Beth Israel Medical Center.
Department of Radiation Oncology.
New York, New York.

7/92-6/93      Internal Medicine.
New York Medical College.
Cabrini Medical Center.
New York, New York.

6/88-6/92      Doctor of Medicine.
Universidad Central del Caribe, School of Medicine.
Bayamón, Puerto Rico.

9/84-6/88      Bachelor of Science in Mathematics.
Georgetown University.
Washington, D.C.

## BOARD CERTIFICATION:

11/97      American Board of Radiology-Radiation Oncology.

12/31/07      Maintenance of Certification (MOC) completed from the American Board of Radiology-Radiation Oncology. New certificate expires 12/31/2017.

## MEMBERSHIP PROFESSIONAL SOCIETIES:

American Society for Therapeutic Radiology and Oncology (ASTRO).
Society for Thermal Medicine (STM)

**LICENSURE**:         Arkansas.

**PUBLICATIONS:**

Peer-reviewed:

**Penagaricano J**. Total Body Irradiation. J Ark Med Soc. 2012; 109(4): 66-69.

Tulunay-Ugur OE, McClinton C, Young C, **Penagaricano JA**, Maddox AM, Vural E. Functional Outcomes of Chemoradiation in Patients with Head and Neck Cancer. Otolaryngol Head Neck Surg. 2012: In-press.

Spatially fractionated radiation induces cytotoxicity and changes in gene expression in bystander and radiation adjacent murine carcinoma cells. Asur RS, , Chang CW, **Penagaricano J**, Kommuru IM, Moros EG, Corry PM, Griffin RJ. Radiat Res. 2012: In-press.

Han EY, Zhang X, Yan Y, Sharma S, **Penagaricano J**, Moros E, Corry P. Static jaw collimation settings to minimize radiation dose to normal brain tissue during stereotactic radiosurgery. Med Dosim. 2012: In-press.

Chao M, **Peñagarícano J**, Moros EG, Corry PM and Ratanatharathorn V. Voxel-based Dose Reconstruction for Total Body Irradiation with Helical TomoTherapy. International Journal of Radiation Oncology Biology and Physics. 2012; 82(5): 1575-1583.

Chen D, Xia R, Chen X, Corry PM, Griffin RJ, **Peñagarícano J**, Tulunay-Ugur OE and Moros EG. Sonoknife: Feasibility of a line-focused ultrasound device for thermal ablation therapy. Med Phys 2011; 38(7): 4372-4385.

**Peñagarícano J**, Chao M, Van Rhee F, Moros EG, Corry PM and Ratanatharathorn V. Clinical feasibility of TBI with helical tomotherapy. Bone Marrow Transplantation 2011; 46(7): 929-935.

Moros EG, **Peñagaricano J**, Novàk P, Straube WL, Myerson RJ. Present and future technology for simultaneous superficial thermoradiotherapy of breast cancer. Int J Hyperthermia. 2010; 26(7): 699-709.

Mihaylov IB, Fatyga M, Moros EG, **Peñagarícano J**, Lerma FA. Lung Dose for Minimally Moving Thoracic Lesions Treated with Respiration Gating. International Journal of Radiation Oncology Biology and Physics 2010; 77(1): 285-291.

3

**Peñagarícano J**, Moros EG, Ratanatharathorn V, Yan Y and Corry P. Evaluation of Spatially Fractionated Radiotherapy (GRID) and Definitive Chemo-Radiotherapy with Curative Intent for Locally Advanced Squamous Cell Carcinoma of the Head and Neck: Initial Response Rates and Toxicity. International Journal of Radiation Oncology Biology and Physics 2010; 76(5): 1369-1375.

Zhang X, **Peñagarícano J**, Moros EG, Corry P, Yan Y and Ratanatharathorn V. Dosimetric comparison of Helical Tomotherapy and LINAC-IMRT treatment plans for head and neck cancer patients. Medical Dosimetry 2010; 35(4): 264-268.

Mihaylov I, **Peñagarícano J**, Moros E. Quantification of the skin sparing effect achievable with high energy photon beams when carbon fiber tables are used. Radiotherapy & Oncology 2009; 93(1): 147-152.

**Peñagarícano J**, Moros E, Corry P, Saylors R, Ratanatharathorn V. Pediatric cranio-spinal irradiation with Helical Tomotherapy: Patient outcome and lack of pulmonary toxicity. International Journal of Radiation Oncology Biology and Physics 2009; 75(4): 1155-1161.

**Peñagarícano J**, Griffin R, Corry P, Moros E, Yan Y, Ratanatharathorn V. Spatially fractionated (GRID) Therapy for large and bulky tumors. Journal of the Arkansas Medical Society 2009; 105(11): 263-265.

Linskey ME, Ratanatharathorn V and **Peñagarícano J**. A prospective cohort study of microvascular decompression and gamma knife surgery in patients with trigeminal neuralgia. Journal of Neurosurgery 2008. 109 (Supplement): 160-172.

Shi C, **Peñagarícano J**, Papanikolaou N. Comparison of IMRT Treatment Plans Between Linac and Helical Tomotherapy Based on Integral Dose and Inhomogeneity Index. Medical Dosimetry 2008; 33(3): 215-221.

**Peñagaricano J**, Moros E, Novák P, Yan Y and Corry P. Feasibility of Concurrent Treatment with the Scanning Ultrasound Reflector Linear Array System (SURLAS) and the Helical Tomotherapy System. International Journal of Hyperthermia 2008; 24(5): 377-388.

Novák P, **Peñagaricano J**, Nahirnyak V, Corry P and Moros E. Influence of the SURLAS applicator on radiation dose distributions during simultaneous thermoradiotherapy with Helical Tomotherapy. Physics in Medicine and Biology 2008; 53: 2509-2522.

**Peñagarícano J**, Moros E and Corry P. Intensity modulated radiotherapy for craniospinal irradiation: Target volume considerations, dose constraints and competing risks: In regards to Parker et al. (Int J Radiat Oncol Biol Phys 2007;69:251-257). International Journal of Radiation Oncology Biology and Physics 2008; 70(3): 964-965.

**Peñagarícano J,** Yan Y, Corry P, Moros E, Ratanatharathorn V. Retrospective Evaluation of Pediatric Cranio-Spinal Axis Irradiation Plans with the Hi-ART Tomotherapy System. Technology in Cancer Research and Treatment 2007; 6(4):355-360.

**Peñagarícano J,** Yan Y, Shi C, Linskey M, Ratanatharathorn V. Dosimetric comparison of Helical Tomotherapy and Gamma Knife Stereotactic Radiosurgery for single brain metastasis. Radiation Oncology 2006; 1(26): 1-6.

**Peñagarícano J.** Integral Radiation Dose to Normal Structures with Conformal External Beam Radiation: In regard to Aoyama H et al. (Int J Radiat Oncol Biol Phys 2006; 64(3):962-967) International Journal of Radiation Oncology Biology Physics 2006; 65(4): 1274.

**Peñagarícano J,** Shi C, Ratanatharathorn V. Integral Dose in Pediatric Craniospinal Irradiation with the Helical Tomotherapy Hi-ART System. In: Physical, Chemical & Biological Targeting in Radiation Oncology. Proceedings from the 7th International Conference on Dose, Time and Fractionation. Medical Physics Publishing, Madison, Wisconsin. Mehta M, Paliwal BR, Bentzen S (Editors). 2005; 92-93.

**Peñagarícano J,** Shi C, Ratanatharathorn V. Evaluation of integral dose in cranio-spinal axis (CSA) irradiation with conventional and helical delivery. Technology in Cancer Research and Treatment. 2005; 4(6): 683-690.

**Peñagarícano J.** Step-and-Shoot IMRT versus Helical Tomotherapy: In regard to van Vulpen et al. (Int J Radiat Oncol Biol Phys 2005; 62(5):1535-1539) International Journal of Radiation Oncology Biology Physics 2005. 64(1): 328.

**Peñagarícano J,** Papanikolaou N, Yan Y, Youssef E, Ratanatharathorn V. Feasibility of Cranio-spinal Axis Radiation with the Hi-Art Tomotherapy System. Radiotherapy & Oncology 2005; 76(1): 72-78.

**Peñagarícano J,** Papanikolaou N, Youssef E, Wu C, Yan Y, Ratanatharathorn V. Intensity-Modulated Radiation Therapy (IMRT) Enabling Technologies. Journal of the Arkansas Medical Society 2005; 102(4): 114-117.

Youssef E, Chuba P, Salib N**,** Yoo GH, **Penagaricano J**, Ezzat W, Aref A. Pathological distribution of positive lymph nodes in patients with clinically and radiologically N0 oropharyngeal carcinoma: implications for IMRT treatment planning. Cancer Journal 2005; 11(5): 412-416.

Yan Y, Papanikolaou N, Weng X, **Penagaricano J**, Ratanatharathorn V. Fast radiographic film calibration procedure for helical tomotherapy intensity modulated radiation therapy dose verification. Medical Physics 2005; 32(6): 1566-1570.

**Peñagarícano J**, Papanikolaou N, Wu C, Yan Y. An assessment of biologically-based optimization (BORT) in the IMRT era. Medical Dosimetry 2005; 30(1): 12-19.

**Peñagarícano J**, Linsley, M, Ratanatharathorn V. Accelerated Cerebral Vasculopathy after Radiation Therapy to the Brain. Neurology India 2004; 52(4):477-481.

Jahraus CD, Russo S, **Peñagarícano J**, Routh A, St. Clair W. Radiotherapy Dose Fractionation in Pediatric Langerhans Cell Histiocytosis. Southern Medical Journal 2004; 97(12): 1268-1272.

Hanna E, Alexiou M, Morgan J, Badley J, Maddox A, **Peñagarícano J**, Fan C, Breau R, Suen J. Intensive chemoradiotherapy as a primary treatment for organ preservation in patients with advanced cancer of the head and neck: efficacy, toxic effects and limitations. Archives of Otolaryngology-Head and Neck Surgery 2004; 130: 861-867.

**Peñagarícano J**, Papanikolaou N, Yan Y, Ratanatharathorn V. Application of Intensity Modulated Radiation Therapy in Pediatric Malignancies. Medical Dosimetry 2004, 29(4): 247-253.

**Peñagarícano J**, Ratanatharathorn V, Papanikolaou N, Yan Y. Intensity-Modulated Radiation Therapy reduces the dose to normal tissue in T2N0M0 squamous cell carcinoma of the glottic larynx. Medical Dosimetry 2004, 29(4): 254-257.

**Peñagarícano J** and Papanikolaou N: Intensity-Modulated Radiotherapy for Carcinoma of the Head and Neck. Current Oncology Reports 2003 Mar;5(2):131-139.

Gardner E, Linskey ME, **Peñagarícano J**, Hanna EY. Stereotactic radiosurgery for patients with cancer of the head and neck. Current Oncolology Reports 2003 Mar;5(2):164-169.

Elshihabi S, Ratanatharathorn V, Yan Y, Papanikolaou N, **Peñagarícano J**, Linskey M. Current principles for management of solid central nervous system metastasis. Contemporary Neurosurgery 2003 Feb 25(4): 1-10.

**Abstracts**:

Mihaylov IB, Lerma FA, Bzdusek K, **Peñagarícano J**, Gardner K, Ratanatharathorn V, Moros E. Equivalent uniform dose inverse treatment planning for dynamic arc radiotherapy of prostate carcinoma. International Journal of Radiation Oncology Biology and Physics 75(3s): s731, 2009.

Chao M, **Peñagarícano J**, Moros E, Corry P, Ratanatharathorn V. Dose verification and plan adaptation in megavoltage CT guided total body irradiation using helical tomotherapy. International Journal of Radiation Oncology Biology and Physics 75(3s): s632, 2009.

Sharma S, Webber J, Koonce N, Griffin RJ, **Peñagarícano J**, Corry P, Moros E. Spatially fractionated radiotherapy using an image guided small animal irradiation system. International Journal of Radiation Oncology Biology and Physics 75(3s): s547, 2009.

Zhang X, **Peñagarícano J**, Boyd K, Yan Y, Corry P, Ratanatharathorn v, Moros E. Dose-verification for total marrow irradiation using Helical Tomotherapy Planned Adaptive. Medical Physics 36(6): 2568.

Zhang X, **Peñagarícano J**, Yan Y, Hancock S, Ratanatharathorn V, Corry P, Moros E. Quality assurance for total marrow irradiation (TMI) using Helical Tomotherapy. Medical Physics 36(6): 2577.

Yan Y, Dou Y, **Peñagarícano J**, Ratanatharathorn V, Gardner K, Moros E, Corry P, Zhang X, Chao M, Mihaylov I. Dose summationtechnology for radiation therapy facilities equipped with heterogeneous planning and delivery systems. Medical Physics 36(6): 2665.

Chao M, Moros E, Ratanatharathorn V, **Peñagarícano J**, Yan Y, Xing L, Gardner K, Corry P. MVCT auto contouring for adaptive radiation therapy. Medical Physics 36(6): 2803.

Moros E, Sharma S, Corry P, Chao M, Griffin R, Mihaylov I, **Peñagarícano J**. An integrated robotic based irradiation system for small animal research. Medical Physics 36(6): 2720.

Velasco C, **Peñagarícano J**, Moros E, Mihaylov I. Comparison between fixed gantry angle intensity modulated radiotherapy and intensity modulated arc therapy for head and neck cancers. Medical Physics 36(6): 2555.

Yan Y, Weng X, **Peñagarícano J**, Ratanatharathorn V. A universal DICOM wizard to tackle incompatibility problems in the process of IMRT and IGRT.  International Journal of Radiation Oncology Biology and Physics 72(1s): s657, 2008.

**Peñagarícano J,** Spring P, Moros E, Corry P, Ratanatharathorn V.  Spatially Fractionated Radiation (GRID) Therapy and Chemo-IMRT in Locally-Advanced Head and Neck Cancer. International Journal of Radiation Oncology Biology and Physics 69(3s): s470, 2007.

Zhang X, **Peñagarícano J**, Moros E, Corry P, Ivy A, Yan Y, Youssef E, Ratanatharathorn V. Dosimetric Comparison of Linac-IMRT and Helical Tomotherapy (HT) for head and neck cancer. Medical Physics 34(6): 2593, 2007.

Jiang H, **Peñagarícano J**. Evaluation of 3D cluster formation in inhomogeneous dose distributions. Medical Physics 34(6): 2448, 2007.

Yan Y, Jiang H, Weng X, **Peñagarícano J**, Moros E, Papanikolaou N, Shi C, Novak P, Ratanatharathorn V. A comprehensive patient-specific IMRT quality assurance procedure on Hi-ART Tomotherapy unit. Medical Physics 33(6): 2250, 2006.

Shi C, **Peñagarícano J**, Yan Y, Papanikolaou N. Application of the post-processing dose tool to dosimetrically compare Gamma Knife and Hi ART Tomotherapy. Medical Physics 33(6): 2072, 2006.

**Peñagarícano J**, Shi C, Ratanatharathorn V. Evaluation of 3-D Cluster Formation in Heterogeneous Dose Distributions. Oncology 20(5); Sup. 3: 35, 2006.

**Peñagarícano J**, Shi C, Yan Y, Linskey M, Ratanatharathorn V. Dosimetric Comparison of Helical Tomotherapy and Gamma Knife ® Stereotactic Radiosurgery for Single Brain Metastasis. Oncology 20(5); Sup. 3: 28, 2006.

**Peñagarícano J**, Jiang H, Yan Y. Integral Dose in PediatricCraniospinal Irradiation with the Helical Tomotherapy Hi-ART System. Oncology 20(5); Sup. 3: 28, 2006.

Weng X, Yan Y, Ratanatharathorn V, **Peñagarícano J**, Shi C, Berkley L, Youssef E, Papanikolaou N. Initial experience with a dynamic treatment simulation system. Medical Physics 32(6): 2162, 2005

Yan Y, Weng X, Ratanatharathorn V, **Peñagarícano J**, Shi C, Berkley L, Youssef E, Papanikolaou N. Treatment simulation for 4D image guided radiation therapy. Medical Physics 32(6): 1936, 2005.

Papanikaolou N, **Peñagarícano J**, Yan Y, Youssef E, Wu W, Ratanatharathorn V. HiArt tomotherapy versus MLC based IMRT: plan Dosimetry comparison. Radiotherapy and Oncology 2004. October; 73(Supp.1): s24.

**Peñagarícano J**. IMRT for Head and Neck Cancer: The University of Arkansas experience. International Journal of Radiation Oncology Biology and Physics 60(1s): s521, 2004

Jahraus CD, Russo S, **Peñagarícano J**, Routh A, St. Clair W. Radiotherapy Dose Fractionation in Pediatric Langerhans Cell Histiocytosis. The Cancer Journal 10(s1):55, 2004.

Papanikolaou N, Gutierrez L, Yan Y, Wu W, **Peñagarícano J**, Ratanatharathorn V. The effect of tissue inhomogeneity in dose based and biologically based IMRT. Radiotherapy and Oncology 2003 September; 68: 42s.

Yan Y, Papanikolaou N, **Peñagarícano J**, Wu C, Ratanatharathorn V. Artificial landmark technique for Image registration in radiation therapy. Medical Physics 2003 June; 30(6): 1496.

Papanikolaou N, Yan Y, **Peñagarícano J**, and Ratanatharathorn V. Application of IMRT for the Treatment of Medulloblastoma, Medical Physics 2002; 29(6): 1215.

Papanikolaou N, **Peñagarícano J**, Yan Y and Ratanatharathorn V. A feasibility study of IMRT for cranio-spinal treatment. Radiotherapy and Oncology 2002; 64(s1): S97.

Yan Y, Papanikolaou N, **Peñagarícano J**, and Ratanatharathorn V, "Automated Patient Positioning Verification Using Orthogonal DRR and Portal Images", Medical Physics, Vol.29(6), June 2002, 1244.

Papanikolaou N, Yan Y, **Peñagarícano J**, and Ratanatharathorn V, "The Impact of Daily Patient Set-up error and Tissue Inhomogeneities in PTV Coverage and OAR Avoidance Using IMRT".  Medical Physics, Vol. 29(6), June 2002, 1286.

Papanikolaou N, **Peñagarícano J**, and Ratanatharathorn V, The Effect of Lung Inhomogeneity in IMRT, Int. Journ. Rad. Onc. Biol. Phys., 50, Supplement 1, 2001:302.

## BOOK CHAPTERS

Cutaneous Malignant Melanoma. In : Decision Making in Radiation Oncology (Volume 2). Jiade J. Springer-Verlag Berlin Heidelberg. Lu and Luther W. Brady (Editors). 2011; 977-994.

Basal and Squamous Cell Carcinoma of the Skin. In : Decision Making in Radiation Oncology (Volume 2). Jiade J. Springer-Verlag Berlin Heidelberg. Lu and Luther W. Brady (Editors). 2011; 995-1008.

Squamous and Basal Cell Carcinoma of the Skin. In : Medical Radiology-Radiation Oncology : An Evidence Based Approach. Springer-Verlag Berlin Heidelberg. Lu and Luther W. Brady (Editors). 2008 ; 529-534.

Management of Bone Metastasis. In : Medical Radiology-Radiation Oncology : An Evidence Based Approach. Jiade J. Springer-Verlag Berlin Heidelberg. Lu and Luther W. Brady (Editors). 2008 ; 599-610.

Radiation therapy for limited-disease small cell lung cancer. In : Lung Cancer : A Practical Guide. Saunders-Elsevier, Phildelphia. Luis E. Raez and Orlando Silva (Editors). 2008;  156-164.

## RESEARCH INTERESTS:

Radiobiological Response Parameters in Radiation Therapy Optimization
Cluster based radiobiological models

Dose and Biologically Based Intensity Modulated Radiation Therapy.
Helical Tomotherapy.
Thermal Medicine.
Stereotactic Body Radiation Therapy.

## AWARDS:

2003 ECOG (Eastern Cooperative Oncology Group) Young Investigator's Award Travel Grant (Nov 15 2003, Miami Beach Florida): Biological optimization of intensity modulated dose distributions.

## PATENTS:

Patent # 7,349,522: Dynamic treatment simulation system for IMRT and conventional external beam radiation therapy.

## SUBMITTED NIH GRANTS

*Prediction of cluster formation in inhomogeneous dose distributions*. Broad Challenge Area (10) Information Technology for Processing Health Care Data and specific Challenge Topic, 10-CA-102: Predictive Mathematical Models of Normal and Cancer Processes (RC21). 2009.

*GRID therapy for poor responders to pre-operative osteosarcoma chemotherapy*. (PAR-08-025: Quick Trials for Novel Cancer Therapies & Prevention: Exploratory Grants (R21)). 2010.

*Low dose radiotherapy for painful knee and hip primary osteoarthritis.* (PAR-10-282: Pilot and Feasibility Clinical Research Grants in Arthritis and Musculoskeletal and Skin Disease (R21)). 2011

## SUBMITTED NON-NIH GRANTS

*Spatially Fractionated Radiation Therapy (GRID) of Bulky Tumors with Helical Tomotherapy (HT).* Medical Research Endowment Award (2010)

*Prediction of cluster formation in inhomogeneous dose distributions.* Clinical and Translational Science Awards (CTSA) Institutional Grant. 2009.

*Quality of Life in Patients with Advanced Cancers Treated with GRID Therapy*. (American Cancer Society Pilot and Exploratory Projects 2010-2011).

## IRB APPROVED INVESTIGATOR INITIATED CLINICAL TRIALS

A Phase II Study to Assess the Efficacy and Safety of Preoperative Chemotherapy with Radiation therapy for Patients with Unresectable or Borderline Resectable Adenocarcinoma of the Pancreas. 2010.

**TEACHING EXPERIENCE:**

Teaching Presentations:

4/2001          Adjuvant Treatment of Keloid Formation with Radiation Therapy
                University of Miami, Department of Plastic Surgery Grand Rounds
                Little Rock VA Tumor Board

                Adjuvant Radiation Therapy in Rhabdomyosarcoma of Parameningeal Site
                Little Rock VA Tumor Board

                Hypofractionation and Malignant Cutaneous Melanoma
                Little Rock VA Tumor Board

                Basics of Radiation Therapy
                UAMS Department of Hematology Oncology, Fellows morning conference.

                Intensity Modulated Radiation Therapy (IMRT).
                UAMS Grand Rounds
                Little Rock VA Tumor Board
                UAMS Lung Conference
                Radiation Therapy for Limited Stage Small Cell Lung Cancer

                3d Annual Symposium on the Management of Lung Cancer, Little Rock, AR
                Little Rock VA Tumor Board

                Biological Optimization in IMRT
                Little Rock VA Tumor Board

                New Frontiers in Radiation Oncology
                Women's Oncology Clinic Retreat.

2/12/02         New Frontiers in Radiation Oncology
                ENT residents UAMS

3/8/02          Advances in Modern Radiation Oncology
                Medical Oncology attendings and fellows

3/18/02         Focal Liver Irradiation utilizing biological indices
                VA Tumor Board

3/29/02         Principles of Radiobiology and Biological Optimization

|         |                                                                                                                                                                                                                      |
|---------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|         | UAMS-Radiation Oncology IMRT Class                                                                                                                                                                                    |
| 3/29/02 | Clinical Experience in IMRT @ UAMS<br>UAMS-Radiation Oncology IMRT Class                                                                                                                                              |
| 4/15/02 | Principles of Radiobiology and Biological Optimization<br>UAMS-Radiation Oncology IMRT Class                                                                                                                          |
| 4/16/02 | Plan Evaluation of Critical Structure Conformal Avoidance Utilizing BED &<br>NTCP Concepts for Re-irradiation of a Plasmacytoma of the Head & Neck with<br>IMRT<br>UAMS-Radiation Oncology IMRT Class                 |
| 4/25/02 | Concepts of Radiobiological Optimization<br>UAMS-Radiation Oncology Class                                                                                                                                             |
| 4/26/02 | Clinical Experience in IMRT at UAMS<br>UAMS-Radiation Oncology IMRT Class                                                                                                                                             |
| 4/26/02 | Plan Evaluation of Critical Structure Conformal Avoidance Utilizing BED NTCP<br>Concepts for re-irradiation of a plasmacytoma of the Head & Neck with IMRT<br>UAMS-Radiation Oncology IMRT Class                      |
| 6/7/02  | Concepts of Radiobiological Optimization<br>UAMS-Radiation Oncology IMRT Class                                                                                                                                        |
| 6/7/02  | Clinical Experience in IMRT at UAMS<br>UAMS-Radiation Oncology IMRT Class                                                                                                                                             |
| 6/7/02  | Plan Evaluation<br>UAMS-Radiation Oncology IMRT Class                                                                                                                                                                 |
| 6/12/02 | Basics of Radiation Oncology<br>Partners in Research Lecture (ACRC)                                                                                                                                                   |
| 8/9/02  | Concepts of Radiobiological Optimization<br>UAMS-Radiation Oncology IMRT Class                                                                                                                                        |
| 8/9/02  | Clinical Experience in IMRT at UAMS<br>UAMS-Radiation Oncology IMRT Class                                                                                                                                             |
| 8/9/02  | Plan Evaluation<br>UAMS-Radiation Oncology IMRT Class                                                                                                                                                                 |
| 8/23/02 | High dose Spatial radiation therapy (GRID)                                                                                                                                                                            |

GI Tumor Board

| | |
|---|---|
| 8/23/02 | Modification of therapeutic response by inhibition of the EGFR<br>Lung Preceptorship-Astra-Zeneca |
| 9/5/02 | Concepts of Radiobiological Optimization<br>UAMS-Radiation Oncology IMRT Class |
| 9/6/02 | Clinical Experience in IMRT at UAMS<br>UAMS-Radiation Oncology IMRT Class |
| 10/7/02 | A feasibility study of IMRT for Cranio-spinal treatment.<br>VA Tumor Board. |
| 1/03 | Plan Evaluation<br>IMRT class |
| 1/03 | Radiobiology for IMRT<br>IMRT class |
| 1/22/03 | Biological Optimization in radiation oncology<br>ACRC grand rounds noon. |
| 2/11/03 | Biological Optimization<br>ENT residents and Attendings |
| 3/13/03 | Plan Evaluation<br>IMRT class |
| 3/14/03 | Radiobiology for IMRT<br>IMRT class |
| 5/8/03 | Plan Evaluation<br>IMRT Class |
| 5/9/03 | Radiobiology and Biological Optimization<br>IMRT Class |
| 6/11/03 | Principles of Radiation Biology and Radiation Oncology<br>Partners in Research ACRC |
| 6/12/03 | Principles of Radiation Biology and Radiation Oncology<br>Dermatology Residents |
| 7/10/03 | Plan Evaluation<br>IMRT Class |

| | |
|---|---|
| 7/11/03 | Radiobiology and Biological Optimization<br>IMRT Class |
| 10/9/03 | Plan Evaluation<br>IMRT Class |
| 10/10/03 | Radiobiology and Biological Optimization<br>IMRT Class |
| 11/6/03 | Plan Evaluation<br>IMRT Class |
| 11/7/03 | Radiobiology and Biological Optimization<br>IMRT Class |
| 1/8/04 | Radiobiology and Biological Optimization<br>IMRT Class |
| 1/9/04 | Plan Evaluation<br>IMRT Class |
| 2/2/04 | Principles of Radiation Oncology and Radiation Biology<br>UAMS Neurosurgery residents |
| 2/10/04 | Biologically-Optimized IMRT for Squamous Cell Carcinoma of the Head and neck<br>ENT-Residents and Staff |
| 4/15/04 | Radiobiology and Biological Optimization<br>IMRT Class |
| 4/16/04 | Plan Evaluation<br>IMRT Class |
| 5/6/04 | Radiobiology and Biological Optimization<br>IMRT Class |
| 5/7/04 | Plan Evaluation<br>IMRT Class |
| 6/16/04 | Principles of Radiation Biology and Radiation Oncology<br>Partners in Research ACRC |

| | |
|---|---|
| 6/24/04 | Radiobiology and Biological Optimization<br>IMRT Class |
| 6/25/04 | Plan Evaluation<br>IMRT Class |
| 8/23/04 | Principles of Radiation Biology and Radiation Oncology<br>Dermatology Rounds @ UAMS |
| 10/10/04 | Radiobiology and Biological Optimization<br>IMRT Class |
| 11/6/04 | Plan Evaluation<br>IMRT Class |
| 3/18/05 | Radiobiology and Biological Optimization<br>IMRT Class |
| 3/22/05 | Helical Tomotherapy for Cancer of the Head & Neck<br> UAMS-ENT Residents |
| 4/13/05 | Optimization of Helical Tomotherapy Plans.<br>ACRC Grand Rounds |
| 5/12/05 | Introduction to IMRT planning<br>IMRT Class |
| 5/13/05 | Plan Evaluation<br>IMRT Class |
| 6/8/05 | Basics of Radiation Oncology<br>Partners in Research Lecture (ACRC) |
| 6/20/05 | Evaluation of Helical Tomotherapy Plans<br>Deaconess Hospital, Oklahoma City, Oklahoma. |
| 8/15/05 | Principles of Radiation Biology and Radiation Oncology<br>Dermatology Rounds @ UAMS |
| 7/12/06 | Principles of Radiation Biology and Radiation Oncology<br>Partners in Research ACRC |
| 4/06/07 | Spatially Fractionated Radiation Therapy<br>Department of Radiation Oncology Grand Rounds. |

15

| | |
|---|---|
| 5/30/07 | Pediatric Craniospinal Axis Irradiation with the Helical Tomotherapy Hi-ART System. ACRC Grand Rounds |
| 11/16/07 | Acute radiation pneumonitis after craniospinal irradiation with helical tomotherapy. Department of Radiation Oncology Grand Rounds. |
| 1/09 | Total body and total marrow irradiation. Department of Radiation Oncology Grand Rounds. |
| 2/09 | Total marrow irradiation. Medical Dosimetry students. |
| 3/17/09 | Altered fractionation schemes and biological equivalent dose. Medical Dosimetry students. |
| 4/8/10 | Total body irradiation. Medical dosimetry students. |
| 4/16/10 | Total marrow and total body irradiation. Nursing, dosimetry and therapist staff. |
| 4/26/10 | Principles of drug and radiotherapy interactions. Hematology oncology fellows. |
| 10/2010 | Radiotherapy for keloids and skin cancer. Dermatology residents |
| 1/13/2011 | Principles of Radiation Oncology. Radiology and Nuclear medicine Residents. UAMS. |
| 3/3/2011 | Total Body Irradiation with Helical Tomotherapy. Medical Dosimetry Students. |
| 3/14/2011 | Total Marrow Irradiation. Medical Dosimetry Students. |

**OTHER RESPONSIBILITIES:**

1) Reviewer for Technology in Cancer Research and Treatment (2005-2008).
2) Reviewer for Radiotherapy and Oncology (2008-present).
3) Reviewer for Radiation Research Journal (2007).
4) Director of the UAMS Gamma Knife Stereotactic Radiosurgery Program.
5) Medical director of the UAMS Medical Dosimetry Program
6) Institutional Principal Investigator for the Radiation Therapy Oncology Group (RTOG)

**PRESENTATIONS AT INTERNATIONAL/NATIONAL METINGS**:

| | |
|---|---|
| 9/19/02 | Plan evaluation of head and neck IMRT with biological indices<br>Pinnacle[3] User's Meeting, Prague, Czech Republic |
| 9/20/02 | A feasibility study of IMRT for Cranio-spinal treatment<br>European Society for Therapeutic Radiation Oncology (ESTRO) |

|         | Prague, Czech Republic |
|---------|------------------------|
| 6/19/03 | Feasibility of Biological Optimization in Pediatric Malignancies First International Congress on Pediatric Radiation Oncology Lyon, France |
| 11/15/03 | Biological optimization of intensity modulated dose distributions. ECOG Young Investigator's Award, Miami Beach, Florida |
| 8/9/04 | Biological Optimization for Carcinomas of the Head and Neck 6th International Conference on Head and Neck Cancer Washington, DC. |
| 10/2/04 | Dosimetric Analysis of Helical Tomotherapy Clinical Cases American Society for Therapeutic Radiology and Oncology Tomotherapy User's Meeting, Atlanta, Georgia |
| 10/5/04 | IMRT for Head and Neck Cancer: The University of Arkansas Experience American Society for Therapeutic Radiology and Oncology, Atlanta, Georgia |
| 5/1/05 | Evaluation of Daily Pre-Treatment Megavoltage CT (MVCT) in SQCC of the Head and Neck American Radium Society, Barcelona, Spain |
| 5/1/05 | Evaluation of Integral Dose in Helical Tomotherapy American Radium Society 2005 Annual Meeting, Barcelona, Spain |
| 6/26/05 | Optimization of Helical Tomotherapy Plans. Annual Meeting of the American Association of Medical Dosimetrists, San Diego, California. |
| 9/19/05 | Integral dose in pediatric craniospinal irradiation with the helical toimotherapy Hi ART system. Seventh International Conference on dose, time and fractionation in radiation oncology. Madison, Wisconsin. |
| 4/6/06 | Feasibility of Concurrent Thermal Therapy and Irradiation with a Helical Tomotherapy System.  Society for Thermal Medicine 2006 Annual Meeting. Bethesda, Maryland. |
| 5/6/06 | Integral Dose in Pediatric Craniospinal Irradiation with the Helical Tomotherapy Hi-ART System. American Radium Society 2006 Annual Meeting, Maui, Hawaii. |
| 5/6/06 | Evaluation of 3-D Cluster Formation in Heterogeneous Dose Distributions. American Radium Society 2006 Annual Meeting, Maui, Hawaii. |

| | |
|---|---|
| 5/6/06 | Dosimetric Comparison of Helical Tomotherapy and Gamma Knife ® Stereotactic Radiosurgery for Single Brain Metastasis. American Radium Society 2006 Annual Meeting, Maui, Hawaii. |
| 4/19/07 | Pediatric Craniospinal Axis Irradiation with the Helical Tomotherapy Hi-ART System. 3d Annual IG-IMRT Symposium, Tampa, Florida |
| 5/16/07 | Feasibility of Mega-Voltage-CT (MVCT) Treatment Planning for Concurrent SURLAS Thermal Therapy and Irradiation with Helical Tomotherapy. Society for Thermal Medicine. Washington, DC. |
| 10/30/07 | Spatially Fractionated Radiation (GRID) Therapy and Chemo-IMRT in Locally-Advanced Head and Neck Cancer. American Society for Therapeutic Radiology and Oncology. Los Angeles, California. |
| 4/12/08 | SURLAS performance under a helical tomotherapy radiation fan beam. 10th International Conference on Hyperthermic Oncology. Munich, Germany. |
| 10/14/08 | Principles of Radiation Oncology. UAMS-ENT residents didactic series. |
| 5/15/2009 | Spatially Fractionated Radiation Therapy for Locally Advanced Squamous Cell Carcinoma of the Head and Neck. European Science Foundation, Saint Feliú de Gixols, Spain. |
| 3/26/2010 | Radiation Therapy in rectal cancer. RASCO Symposium. W. P. Rockefeller Cancer Institute. |
| 9/26/2010 | Clinical feasibility of total body irradiation with helical tomotherapy. Radiation Research Meeting, Maui, Hawaii. |
| 10/2010 | Stereotactic Body Radiotherapy for Inoperable Stage I and II Non-small Cell Lung Cancer. 1st Annual Lung Symposium Winthrop Rockefeller Cancer Institute. |
| 3/4/2011 | Stereotactic Body Radiation Therapy for Liver Cancers. RASCO Symposium. W.P. Rockefeller Cancer Institute. |
| 3/30/2011 | Total Body Irradiation with Helical Tomotherapy. Winthrop Rockefeller Cancer Institute Grand Rounds. |
| 10/2/2011 | Feasibility of TBI with simultaneous red marrow boost (rTMI). American Society for Radiation Oncology, 53d Annual Meeting, Miami Beach, Florida. |
| 10/7/2011 | Stereotactic Body Radiotherapy for Inoperable Stage I and II Non-small Cell Lung Cancer. 2d Annual Lung Symposium Winthrop Rockefeller Cancer Institute. |

# Attachment B

**José A. Peñagarícano, M.D.**
*Gregory v. Novartis Pharm. Corp.*
**Materials Considered List**
**(11/5/12)**

**Publications:**

1.  American Association of Oral and Maxillofacial Surgeons. American Association of Oral and Maxillofacial Surgeons position paper on bisphosphonate-related osteonecrosis of the jaws, J Oral Maxillofac Surg 2007; 65(3): 369-76.

2.  American Association of Oral and Maxillofacial Surgeons. American Association of Oral and Maxillofacial Surgeons position paper on bisphosphonate-related osteonecrosis of the jaws-2009 Update, *J Oral Maxillofac Surg* 2009; 67: 2-12.

3.  Chopra S. Factors Predictive of Severity of Osteoradionecrosis of the Mandible. Wiley Periodicals, Inc, 2011; 1600-5.

4.  Chrcanovic BR, Reher P, Sousa AA, Harris M. Osteoradionecrosis of the jaws-a current overview-part 1. *J Oral Maxillofac Surg*, 2010; 14:3-16.

5.  Chrcanovic BR, Reher P, Sousa AA, Harris M. Osteoradionecrosis of the jaws-a current overview-part 2: dental management and therapeutic options for treatment. *J Oral Maxillofac Surg*, 2010; 14:81-95.

6.  Hudson JW, Osteomyelitis and osteoradionecrosis. In Fonseca R (ed), *J Oral Maxillofac Surg*, 2nd edition, 2009; 633-44.

7.  Jacobson AS, Buchbinder D, Hu K, Urkell ML. Paradigm shift in the management of osteoradionecrosis of the mandible. Oral Oncol 2010; 46(5):795-801.

8.  Lambade P, Lambade D, Goel M. Osteoradionecrosis of the mandible: a review. *J Oral Maxillofac Surg*, DOI 10.1007/s10006-012-0363-4.

9.  Lee IJ et al. Risk Factors and Does-Effect Relationship for Mandibular Osteoradionecrosis in Oral and Oropharyngeal Cancer Patients. *Int. J Radiation Oncology Biol Phys*, Vol. 75, No. 4,  2009; 1084–1091.

10. Madrid C, Abarca M, Bouferrache K. Osteoradionecrosis: An update. Oral Oncol 2010; 46(6):471-474.

11. Marx R et al. Bisphosphonate-induced exposed bone (osteonecrosis/osteopetrosis) of the jaws:  risk factors, recognition, prevention, and treatment, *J Oral Maxillofac Surg* 2005; 63: 1567-75.

12. Marx RE, Stern D. Oral and Maxillofacial Pathology: A Rationale for Diagnosis and Treatment. Chicago, IL: Quintessence Publishing Co, Inc. (2003); 36-38.

13.   Marx RE, Stern D. Oral and Maxillofacial Pathology: A Rationale for Diagnosis and Treatment. Chicago, IL: Quintessence Publishing Co, Inc. 2nd Edition (2012); 379-397.

14.   Marx RE. Oral & Intravenous Bisphosphonate-Induced Osteonecrosis of the Jaws: History, Etiology, Prevention, and Treatment. Chicago, IL: Quintessence Publishing Co. Inc. (2007); 39-76.

15.   Marx RE. Osteoradionecrosis: a new concept of its pathophysiology, *J Oral Maxillofac Surg* 1983; 41(5): 283-88.

16.   Marx RE. Pamidronate (Aredia) and zoledronate (Zometa) induced avascular necrosis of the jaws: a growing epidemic, *J Oral Maxillofac Surg* 2003; 61: 1115-17.

17.   Marx RE. Reconstruction of defects caused by bisphosphonate-induced osteonecrosis of the Jaws, *J Oral Maxillofac Surg* 2009; 67: 107-19 (Suppl 1).

18.   Odell K, Sinha U. Osteoradinecrosis. *Oral Maxillofac Surg Clin North Am* 2011; 23(3):455-464.

19.   Oh H et al. Osteoradionecrosis of the Mandible: Treatment Outcomes and Factors Influencing the Progress of Osteoradionecrosis. *J Oral Maxillofac Surg*, 2009; 67:1378-1386.

20.   Silvestre-Rangil J, Silvestre FJ. Clinico-therapeutic management of osteoradionecrosis: A literature review and update. *Med Oral Patol Oral Cir Bucal.* 2011 Nov 1;16 (7):900-4.

21.   Studer G et al. Osteoradionecrosis of the Mandible: Minimized Risk Profile Following Intensity-Modulated Radiation Therapy (IMRT). *Strahlenther Onkol* 2006;182: 283-8.

**Other Materials Considered**

1.      Medical and/or dental records of Linda Gregory.

2.      Deposition transcripts in the *Gregory* case, including:  Linda Gregory (8/29/12) and Herbert Wilson, D.D.S. (8/30/12).

3.      Expert and rebuttal report for: Robert E. Marx, DDS.

4.      Plaintiff's Linda Gregory and Stephen Gregory Rule 26(a)(2)(A) Statement.