IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
LINDA GREGORY and          )
STEPHEN GREGORY,           )
                           )
    Plaintiffs,            )
                           )    CIVIL ACTION NO.
    v.                     )      2:11cv744-MHT
                           )          (WO)
NOVARTIS PHARMACEUTICALS   )
CORPORATION,               )
                           )
    Defendant.             )
```

### JUDGMENT

Counsel for defendant having orally informed the court that defendant does not object, it is the ORDER, JUDGMENT, and DECREE of the court that plaintiff's motion to dismiss (doc. no. 82) is granted and that this cause is dismissed in its entirety with prejudice, with the parties to bear their own costs.

It is further ORDERED that all other pending motions are denied as moot.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**This case is closed.**

**DONE, this the 28th day of December, 2012.**

                                          <u>/s/ Myron H. Thompson</u>
                                        **UNITED STATES DISTRICT JUDGE**